# Third District Court of Appeal

## State of Florida

Opinion filed May 31, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1809
Lower Tribunal No. 10-28034

————————

**Sean Wiley and Raymond Wiley,**
Appellants,

vs.

**Citibank, N.A., as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-QH1,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellants.

Troutman Pepper Hamilton Sanders LLP, and Amber Kourofsky (Atlanta, GA), for appellee.


Before LINDSEY, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.